UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESMOND LAMAR GRAHAM, JR,

    Plaintiff,

v.                                                                      Case No. 3:24cv31-LC-HTC

KAREN FORRESTER,
EMANUAL HERNANDEZ-PEREZ,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 28, 2024, (ECF No. 9), recommending dismissal based on Plaintiff's failure to state a claim upon which relief may be granted. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and, I have determined it should be adopted.

Case No. 3:24cv31-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE 28 U.S.C. § 1915(e)(2) (B)(ii) for failing to state a claim upon which relief may be granted.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 3rd day of April 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**